IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
KALISPELL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARTHUR ERICKSON,<br><br>Defendant. | 6:22-po-5066-KLD<br><br>VIOLATION:  F01E0016<br><br>ORDER |

Based upon the motion of the United States pursuant to the agreement between the parties and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a total of $90.00 ($50.00 fine, $30.00 processing fee and $10.00 special assessment).  Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The check(s) should be made out to the U.S. Courts - CVB.  Defendant may also pay online at www.cvb.uscourts.gov.  Payments may be made in the amount of $50.00 each month starting December 12, 2022.

IT IS FURTHER ORDERED that the initial appearance in the above captioned matter, currently scheduled for December 1, 2022, is VACATED.

DATED this \_\_29th\_\_ day of November, 2022.

*Kathleen L. DeSoto*
Kathleen L. DeSoto
United States Magistrate Judge